IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD DOUGLAS BONE,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; WARDEN JOHN MARSHAL, CALIFORNIA MEN'S COLONY,

        Defendants.

No. CV-09-0700 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED with prejudice as moot, and plaintiff's "Motion to Submit New Evidence" is hereby DENIED.

Dated: June 15, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk